PD-1312-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/21/2015 2:06:58 PM
Accepted 8/24/2015 9:18:00 AM
ABEL ACOSTA
CLERK

**PD-1312-14**

| | | |
|---|---|---|
| **SAMUEL C. GENTRY** | § | **IN THE COURT OF** |
| | § | |
| **vs.** | § | **CRIMINAL APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

## AMENDED MOTION FOR BOND PENDING PDR

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW Samuel Gentry, Defendant in the above-styled and numbered cause, by and through his attorney of record, and moves this Honorable Court to set a reasonable appeal bond in this cause; and in support of this Motion the Defendant would show as follows:

### I.

On 27 August 2014, Mr. Gentry, who had been convicted of a felony DWI in Smith County, had his conviction reversed by the Twelfth Court of Appeals. *Gentry v. State*, 12-13-00168-CR (Tex.App.—Tyler). On 26 September 2014, the State timely filed a Petition for Discretionary Review. That case is still pending and Mr. Gentry remains incarcerated.

### II.

Mr. Gentry is eligible for a bond pending the Court's disposition of the State's PDR. Article 44.04(h) of the Texas Code of Criminal Procedure provides, "If a conviction is reversed by a decision of a Court of Appeals, the defendant is

entitled to release on reasonable bail … pending final determination [of a PDR]." Therefore, in accordance with the provision, Mr. Gentry would request the Court set a reasonable bond.

III.

As Mr. Gentry is currently incarcerated, he has only minimal financial resources and asks the Court to require the posting of bond in an amount no greater than absolutely necessary to reasonably and adequately secure his presence before this Court and any other court to which these proceedings may subsequently be remanded. In support of this request, Mr. Gentry has filed attached to this motion an affidavit in which he certifies that he currently has no income, owns no property, and has "no trusts, lines of credit, or other income source."

Further, the clerk's record in this case indicates that Mr. Gentry was previously determined by the trial court to be indigent and was given court-appointed counsel at trial and on appeal. Undersigned counsel who represented Mr. Gentry in the Twelfth Court of Appeals has continued to represent Mr. Gentry in this Court, past the termination of his appointment, on a *pro bono* basis.

The entirety of Mr. Gentry's family resides in Texas including his father, siblings, and his children. He has meaningful connections outside of this State and does not present a flight risk.

At the time he was arrested for the underlying offense he was employed at the local Ingersol Rand / Trane air conditioning manufacturing plant here in Tyler and will have the opportunity to obtain employment once again if released on bond pending this Court's decision on the PDR.

Finally, while this case is a felony DWI enhanced on the basis of Mr. Gentry's prior alcohol-related convictions, while awaiting trial on this matter Mr. Gentry fully complied, without error, with the bond conditions set by the trial court. This included seven months of regularly reporting and submitting to weekly testing for drugs and alcohol.

WHEREFORE, PREMISES CONSIDERED, Mr. Gentry respectfully requests that this Honorable Court set an bond in this case pending the disposition of the State's PDR.

Respectfully submitted,

/s/Austin Reeve Jackson
Texas Bar No. 24046139
112 East Line, Suite 310
Tyler, TX 75702
Telephone: (903) 595-6070
Facsimile: (866) 387-0152

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on counsel for the State by efile concurrently with its filing.

/s/Austin Reeve Jackson

Cause No. PD-1312-14

| IN THE MATTER OF: | § | IN THE COURT OF |
| | § | CRIMINAL APPEALS |
| SAMUEL GENTRY | § | AUSTIN, TEXAS |

## **AFFIDAVIT IN SUPPORT OF MOTION FOR BAIL**

My name is Samuel Gentry and I am the Appellant / Respondent in this matter.

I have been incarcerated on this case since 6 May 2013.

I currently own the following property (homes, vehicles, real estate, etc.) that could be sold or offered as credit towards a bond:

_None_

I currently have the following dollar amounts in various accounts:

Savings account        $ 0 .
Checking account       $ 0 .
Inmate trust account   $ 0 .
Other account          $ 0 .

Being currently incarcerated I am not employed outside of any prison work and have no trusts, lines of credit, or other income source. As a result I would be unable to post bond in anything other than a nominal amount.

## **FURTHER THE AFFIANT SAYETH NOT.**

Signed on __6th__ August 2015: _Samuel Gentry_
                                        Samuel Gentry

I, Samuel Gentry, being presently incarcerated, declare under penalty of perjury that the foregoing information and allegations are true and correct.

Signed on __6th__ August 2015: _Samuel Gentry_
                                        Samuel Gentry